EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ALBERTO CHARLES, acusado y apelante.

No. 3880.—*Sometido:* Julio 22, 1929. *Resuelto:* Julio 26, 1929.

L. *Tormes* y *Bolívar Pagán*, abogados del apelante; *R. A. Gómez*, abogado de *El Pueblo*, apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Alberto Charles fué convicto en dos ocasiones del delito de portar armas, primero en la corte municipal, y luego, después de celebrarse un juicio *de novo*, en la corte de distrito.

Al comenzar el juicio *de novo* en la corte de distrito, el acusado presentó una excepción perentoria a la denuncia fundándose en que los hechos constitutivos del delito no estaban expuestos en lenguaje ordinario y conciso y en forma tal que permitiera a una persona de inteligencia común saber qué era lo que se quería decir, y por el motivo adicional de que la denuncia imputaba más de un delito.

En la denuncia se imputa al acusado el portar un arma prohibida y se especifica que en cierta calle, en Guánica, Puerto Rico, dicho acusado Alberto Charles portaba un revólver con el cual hizo dos disparos en dicha calle, que es una vía pública. También especifica que el arma no fué hallada.

Al hacerse referencia a la calle por su nombre,

meramente se informaba al acusado el sitio donde se alegaba haberse cometido el delito. La aseveración de que se hicieron dos disparos, suplementada por la manifestación de que el arma no fué hallada, informaba al acusado respecto a la naturaleza de la prueba en que se basaría el fiscal. La alegación de que los disparos fueron hechos en una vía pública establece una circunstancia agravante, y no un delito distinto. El hecho de tratarse de una denuncia y no de una acusación sería suficiente para disipar cualquier duda técnica sobre este punto. Nada hay en la denuncia que pudiera confundir al acusado o colocarlo en situación embarazosa. Los cargos que se le hacían tendían más bien a informarle lo que él debía esperar durante el juicio, y hasta ese punto se le daba mejor oportunidad para preparar su defensa. La excepción perentoria fué debidamente declarada sin lugar.

El apelante también dice que la sentencia es contraria a derecho y a la prueba. Esta contención carece igualmente de mérito.

*La sentencia apelada debe ser confirmada.*